# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Eugene Ruddy and Rebecca Ruddy, husband and wife, individually and as parents of S. R., a minor<br>121 Sandwedge Drive<br>Mountain Top, PA 18707<br><br>                Plaintiffs,<br><br>    v.<br>Polaris Industries, Inc.<br>2100 Highway 55<br>Medina, MN 55340<br>    and<br>Polaris Sales, Inc.<br>2100 Highway 55<br>Medina, MN 55340<br>    and<br>Federal-Mogul, LLC<br>27300 West 11 Mile Road<br>Southfield, MI 48034<br>    and<br>Federal-Mogul, Corporation<br>26555 Northwestern Highway<br>Southfield, MI 48033<br>    and<br>Carter Fuel Systems, LLC<br>127 Public Square<br>Suite 5110<br>Cleveland, OH 44114<br>    and/or<br>101 East Industrial Blvd.<br>Logans Port, IN 46947<br>    and<br>Moeller Marine Products<br>f/k/a Tempo Products, Inc.<br>801 North Spring Street | No. 3:17-cv-423<br><br>(Judge Mariani) |

Sparta, TN 38583
and
The Moore Company
36 Beach Street
Westerly, RI 02891
and
Inca Products Acquisition
Corporation
Corporate Trust Center
1209 Orange Street
Wilmington, DE 19801
and
Seastar Solutions
1 Sierra Place
Litchfield, IL 62056

Defendants.

## ORDER

AND NOW, this 15th day of January, 2019, for the reasons stated in the foregoing memorandum, **it is hereby ordered and decreed as follows:**

1. The Motion for Partial Dismissal (Doc. 89) filed by Defendants The Moore Company, Inca Products Acquisition Corporation, and Seastar Solutions Inc. is hereby denied.

By the Court:

Robert D. Mariani
United States District Judge